No. 9085. MONTANA STATE FOOD DISTRIBUTORS ASS'N., a Montana Corporation, RESPONDENT, v. E. E. MILLI-KAN, APPELLANT.

255 Pac. (2d) 1087.

Decided July 29, 1952.

Messrs. D. W. McKenna and Thomas P. Koch, Hamilton, for appellant.

Messrs. Smith, Boone & Rimel, Missoula, for respondent.

Per Curiam.

Appellants, by and through their counsel Taylor and McKenna, and respondents, by and through their counsel Smith, Boone & Rimel, having so stipulated in writing, now on praecipe of the appellant it is ordered that this appeal be dismissed with prejudice.